Philip J. CLARK, Appellant,

v.

ACF INDUSTRIES, INC., Respondent.

No. 51245.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 26, 1986.

Morris B. Kessler, St. Louis, for appellant.

Stephen M. Hereford, St. Louis, for respondent.

## ORDER

Employee appeals an award by the Labor and Industrial Relations Commission denying compensation in a workers' compensation case. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).